

# Fourth Court of Appeals
## San Antonio, Texas

April 10, 2018

No. 04-17-00405-CR

The State of **TEXAS**,
Appellant

v.

Callie Mae **MERRITT**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 6014
Honorable N. Keith Williams, Judge Presiding

# O R D E R

After we granted Appellee's first, second, and third motions for extensions of time to file the brief, Appellee's brief was due on April 2, 2018. On April 9, 2018, Appellee filed a fourth motion for an extension of time to file the brief and the brief.

Appellee's fourth motion is GRANTED. Appellee's brief is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of April, 2018.

_____
Keith E. Hottle
Clerk of Court